

MICHAEL P. LOWRY
Nevada Bar No. 10666
Email: Michael.Lowry@wilsonelser.com
VERONICA A. HALL, ESQ.
Nevada Bar No. 5855
E-mail: Veronica.Hall@WilsonElser.com
PATRICK O. TARZI, ESQ.
Nevada Bar No. 15823
Email: Patrick.Tarzi@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Daniel Mathis; Guadalupe Alba Trujillo

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Treyshawn Kerby-Mason, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Green Valley Little League, Inc., a domestic nonprofit cooperative corporation; Daniel Mathis, an individual; Guadalupe Alba Trujillo, an individual; Does I-X; and Roe Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02329-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants, GREEN VALLEY LITTLE LEAGUE, INC., DANIEL MATHIS, and GUADALUPE ALBA TRUJILLO ("Defendants") and Plaintiff, TREYSHAWN KERBY-MASON, by and through their respective undersigned counsel of record, hereby stipulate and agree to extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint up to and including December 19, 2025.

This stipulation is submitted pursuant to LR IA 6-1.  Good cause exists for the requested extension, as counsel for Defendants were only recently retained and require sufficient time to obtain the relevant file materials and confer with Defendants as to the allegations set forth in the Complaint.

///

1

326085885V.1

1  This is the first requested extension of the responsive pleading deadline.

2  DATED this 8th day of December, 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Michael Lowry*
MICHAEL P. LOWRY, Esq.
Nevada Bar No. 10666
VERONICA ARECHEDERRA HALL, Esq.
Nevada Bar No. 5855
PATRICK O. TARZI, Esq.
Nevada Bar No. 15823
*Attorneys for Defendants Green Valley Little League, Inc., Daniel Mathis, and Guadalupe Alba Trujillo*

DATED this 8th day of December, 2025.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorney for Plaintiff Treyshawn Kerby-Mason*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated  December 9, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2

326085885V.1