JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:    jag@mgalaw.com
            djb@mgalaw.com

*Attorneys for Plaintiff Treyshawn Kerby-Mason*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TREYSHAWN KERBY-MASON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY LITTLE LEAGUE, INC., a domestic nonprofit cooperative corporation; DANIEL MATHIS, an individual; GUADALUPE ALBA TRUJILLO, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02329-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff Treyshawn Kerby-Mason ("Plaintiff"), by and through his counsel of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendants Green Valley Little League, Inc., Daniel Mathis, and Guadalupe Alba Trujillo (collectively "Defendants"), by and through their counsel of record, the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, hereby submit the following Stipulation and Order to Extend the Discovery Deadlines (First Request) pursuant to FRCP 26(f), LR IA 6-1 and 6-2, and LR 26-4.

As detailed further herein, additional time is necessary to allow for the completion of the discovery described herein.  The parties believe an extension of the discovery period by approximately

1

ninety (90) days, to September 21, 2026, will provide adequate time to complete the remaining discovery.  In support thereof, the parties state:

     **A.**     **Discovery Conducted to Date (LR 26-4(a)):**

- 01/21/2026 – Defendant Green Valley Little League's First Set of Request for Production of Documents served to Plaintiff;

- 01/21/2026 – Defendant Green Valley Little League's First Set of Request for Admissions served to Plaintiff;

- 01/21/2026 – Defendant Green Valley Little League's First Set of Interrogatories served to Plaintiff;

- 02/03/2026 – Plaintiff's Initial Disclosures served pursuant to FRCP 26(a)(1);

- 02/06/2026 – Defendants' Initial Disclosures served pursuant to FRCP 26(a)(1);

- 02/13/2026 – Plaintiff's First Set of Requests for Production served to Defendant Green Valley Little League;

- 02/13/2026 – Plaintiff's First Set of Requests for Interrogatories served to Defendant Green Valley Little League;

- 02/20/2026 – Plaintiff served his First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e) and Plaintiff's responses to Defendant Green Valley Little League's discovery requests;

- 03/04/2026 – Plaintiff served his Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e); Plaintiff's First Supplemental response to Defendant Green Valley Little League's First Set of Requests for Production; and Plaintiff's Second Set of Requests for Production to Defendant Green Valley Little League;

- 04/06/2026 – Defendants served First Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e); Defendant Green Valley Little League served responses to Plaintiff's discovery requests;

- 04/23/2026 – Defendants served Second Supplemental Disclosures pursuant to FRCP 26(a)(1) and 26(e)

**B.    Discovery yet to be completed**

1.    The parties are in the process of meeting and conferring regarding written discovery responses, which may be followed by motion practice;

2.    The depositions of the three individual parties and the FRCP 30(b)(6) corporate witness for Green Valley Little League, Inc., and additional witnesses need to take place and are in the process of being scheduled;

3.    Additional depositions, written discovery, and discovery as needed.

**C.    Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set By the Discovery Plan (LR 26-4(c)):**

The parties have been diligently proceeding through discovery.  Meet and confer efforts are currently underway regarding various written discovery responses and the parties are also coordinating depositions.  Each side anticipates conducting at least 5 depositions, and scheduling mutually available dates for all of these depositions, some of which will have to take place after the ongoing discovery dispute is resolved, will take time.  With limited availability being expected for some of the witnesses in light of the upcoming summer months, the parties believe that 90 days would be an appropriate extension to allow adequate time to get all depositions scheduled and all other discovery completed.

Accordingly, good cause exists to extend the deadlines by 90 days.

**C.    Proposed Schedule for Completing Remaining Discovery (LR 26-4(d)):**

**Current Discovery Deadlines:**

The Current Discovery Deadlines are as follows:

1.  Discovery cut-off (LR26-1(b)(1)):                    May 22, 2026.

2.  Amend Pleadings /add parties (LR 26-1(b)(2)):        Closed.

3.  Initial expert disclosures (LR 26-1(b)(3)):          Closed.

4.  Rebuttal expert disclosures (LR 26-1(b)(3)):         Closed.

5.  Dispositive motions (LR 26-1(b)(4)):                 June 22, 2026.

6.  Joint Pretrial Order (LR 26-1)b)(5), (6)):           July 22, 2026.

**Proposed Schedule for Completing All Remaining Discovery:**

The parties propose extending all discovery deadlines by ninety (90) days as follows:

    1. Discovery cut-off (LR26-1(b)(1)):      August 20, 2026.

    2. Amend Pleadings /add parties (LR 26-1(b)(2)):      Closed.

    3. Initial expert disclosures (LR 26-1(b)(3)):      Closed.

    4. Rebuttal expert disclosures (LR 26-1(b)(3)):      Closed.

    5. Dispositive motions (LR 26-1(b)(4)):      September 21, 2026.

    6. Joint Pretrial Order (LR 26-1)b)(5), (6)):      October 20, 2026.

DATED this 30th day of April, 2026.      DATED this 30th day of April, 2026.

**MAIER GUTIERREZ & ASSOCIATES**      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Danielle J. Barraza*      */s/ Veronica Arechederra Hall, Esq.*
JOSEPH A. GUTIERREZ, ESQ.      VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 9046      Nevada Bar No. 5855
DANIELLE J. BARRAZA, ESQ.      PATRICK O. TARZI, ESQ.
Nevada Bar No. 13822      Nevada Bar No. 15823
8816 Spanish Ridge Avenue      6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89148      Las Vegas, Nevada 89119
*Attorneys for Plaintiff*      *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 1, 2026