WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 5855
PATRICK O. TARZI, ESQ.
Nevada Bar No. 15823
E-mail: Veronica.Hall@WilsonElser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Defendants Green Valley Little League, Inc.; Daniel Mathis and Gudalupe Alba Trujillo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Treyshawn Kerby-Mason, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Green Valley Little League, Inc., a domestic nonprofit cooperative corporation; Daniel Mathis, an individual; Guadalupe Alba Trujillo, an individual; Does I-X; and Roe Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02329-APG-EJY<br><br>**Stipulation and Order to Dismiss with Prejudice All Claims Against Defendants Green Valley Little League, Inc., Daniel Mathis, and Guadalupe Alba Trujillo** |

IT IS HEREBY STIPULATED by and between Plaintiff Treyshawn Mason-Kerby and Defendants Green Valley Little League, Inc., Daniel Mathis, and Guadalupe Alba Trujillo, through their respective counsel, that the above-captioned action shall be and hereby is dismissed with

///

///

///

///

///

///

prejudice in its entirety, each party to bear their own attorneys' fees and costs.

DATED this 17th day of August, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Veronica Arechederra Hill*

VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
PATRICK O. TARZI
Nevada Bar No. 15823
6689 Las Vegas Blvd., South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants Green Valley Little League, Inc. Daniel Mathis and Guadalupe Alba Trujillo*

DATED this 17th day of August, 2026.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*

JOSEPH A GUTIERREZ
Nevada Bar No. 9046
DANIELLE J. BARRAZA
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff Treyshawn Kerby-Mason*

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of August 2026.

UNITED STATES DISTRICT JUDGE